IN THE UNITED STATES DISTRICT COURT
FOR THE OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 16 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christel Van Dyke, )
Plaintiff; )
 )
vs. )
 )
Cook County Sheriff's Office; )
Cook County Deputy Sheriffs )
Youpel, Redd, Bauer, Figueroa, and )
Sgt. Mitchell; )
Defendants. )

21-cv-01448
Judge John Robert Blakey
Magistrate Judge Gabriel A. Fuentes

Jury Demand

## COMPLAINT

**NOW COMES** the Plaintiff, Christel Van Dyke, and complaining against Defendants states as follows:

1. This is a civil rights action brought pursuant to 42 U.S.C. § 1983 challenging the actions of Defendants which violated her Fourth and Fourteenth Amendment rights under the United States Constitution, and damages to Plaintiff for the same.

2. Plaintiff is a resident of Cook County and was at the time of the events in question.

3. All Defendants are state actors in Cook County, Illinois.

4. Venue is thus proper in this Court, and jurisdiction is proper in this Court, which has jurisdiction over the subject matter of this dispute, which arises under 42 U.S.C. §1983, by virtue of this Court's federal question jurisdiction conferred by 28 U.S.C. §1331.

5. On March 19, 2019, the Defendant officers used excessive force on Plaintiff, a disabled senior citizen, and arrested and detained her wrongfully, exacerbating existing injuries and adding new ones, and took and impounded her six month old

puppy against her will, when she merely sought injuries to retrieve her phone, car keys, purse, and medicine while Defendants were enforcing an eviction at Plaintiff's building at 18206 66th Ave. in Tinley Park. Defendants never notified Plaintiff prior to entering her home, and did not show her documentation despite Plaintiff's numerous requests.

6. Defendants caused Plaintiff to be detained for 2 days following the arrest.

7. Plaintiff continues to suffer great physical pain to this day throughout her body, and great emotional pain including Post Traumatic Stress Disorder (PTSD), and her puppy suffers from separation anxiety to date, as a result of Defendants' actions described above.

### Count I: Fourth and Fourteenth Amendment Violations—False Arrest—All Defendants

8. Plaintiff re-alleges and incorporate by reference the allegations in paragraphs 1- 7 above.

9. Defendants illegally seized Plaintiff and detained her.

10. Defendants' actions violated Plaintiff's Fourth Amendment rights facially and as applied.

11. Plaintiff suffered damages from the seizure, including severe ongoing physical injury and pain and severe emotional distress and humiliation, including Post Traumatic Stress Disorder (PTSD), and her puppy suffers from separation anxiety to date.

### Count II: Fourth and Fourteenth Amendment Violations—Unlawful Detention—All Defendants

12. Plaintiff re-alleges and incorporate by reference the allegations in paragraphs

1-11 above.

13. Defendants caused Plaintiff to be unlawfully detained.

14. Defendants' actions violated Plaintiff's Fourth Amendment rights facially and as applied.

15. Plaintiff suffered damages from the detention, including severe ongoing physical injury and pain and severe emotional distress and humiliation, including Post Traumatic Stress Disorder (PTSD), and her puppy suffers from separation anxiety to date.

<u>Count III: Fourth and Fourteenth Amendment Violations—Excessive Force—All Defendants</u>

16. Plaintiff re-alleges and incorporate by reference the allegations in paragraphs 1-15 above.

17. Defendants used excessive force in arresting Plaintiff.

18. Defendants' actions violated Plaintiff's Fourth Amendment rights facially and as applied.

19. Plaintiff suffered damages from the Defendants' excessive force, including severe ongoing physical injury and pain and severe emotional distress and humiliation, including Post Traumatic Stress Disorder (PTSD), and her puppy suffers from separation anxiety to date.

**WHEREFORE**, Plaintiff, Christel Van Dyke, respectfully requests that this Honorable Court enter an Order:

A. Entering judgment against the Defendant officers, including compensatory and exemplary damages; and

B. Granting any other relief this Court deems just and equitable.

Respectfully Submitted,

By: /s/ Christel Van Dyke / *Pro Se*
Box 224
Orland Park, IL 60462
(708) 715-5727

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to the laws of the United States of America, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*Jury Demand*

s/Christel Van Dyke

3/14/2021