# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

CHRISTEL VAN DYKE,

 Plaintiff

v.

COOK COUNTY SHERIFFS OFFICE et al

 Defendant

Case Number: 21-cv-01448

Judge: John Robert Blakey

## NOTICE OF FILING OF DIGITAL MEDIA EXHIBIT AND PROOF OF SERVICE

**TO:** Attached Service List

**PLEASE TAKE NOTICE** that on April 8, 2022 Plaintiff uploaded a Digital Media Exhibit (i.e., 01_21-cv-01448.mp4) to the CM/ECF system by utilizing the Digital Media Exhibit Submission utility at https://www.ilnd.uscourts.gov/Pages.aspx?tZ+v+FL/D1n8uwqTfQ6BwnnJB7lUgGrZ, which Digital Media Exhibit was previously served on you as an exhibit to the Amended Complaint (Dkt. #38) and can also be accessed at the following URL:

 https://www.dropbox.com/s/gd8q1f2nmho6xff/21-cv-01448.mp4?dl=0.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 9, 2022</u>, I provided service to the person or persons listed above by the following means: <u>email and uploading this Notice to the CM/ECF system.</u>

Signature: <u>/s/ Kent Maynard, Jr.</u>  Date: <u>April 9, 2022</u>

Name (Print): <u>Kent Maynard, Jr.</u>

Address: <u>Kent Maynard & Associates LLC</u>  Phone: <u>312.423.6586</u>

  <u>17 N. State Street, Ste. 1730</u>

  <u>Chicago, IL 60602</u>

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Edward M. Brener**
Cook County State's Attorney
Civil Litigation Bureau
50 W. Washington
5th Floor
Chicago, IL 60602
(312) 603-5971
Email: edward.brener@cookcountyil.gov

**David Alan Adelman**
Cook County State's Attorney's Office
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602
312-603-3151
Email: david.adelman@cookcountyil.gov

**Shayl Wilson**
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(319) 929-7623
Email: shayl.wilson@cookcountyil.gov