SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUL 12 2023 KG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christel VanDyke )
Plaintiff(s) )
)
) Case Number: 1:21-cv-01448
v. )
)
Cook County Sheriffs )
Defendant(s) Office, et al ) Judge: John Robert Blakey

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Christel VanDyke, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
(NOTE: This item must be completed.) See attached diary.

but I have been unable to find an attorney because: I currently have ongoing telephone, and computer/cybercrime issues, which are being addressed with Authorities

3. I declare that (check all that apply):
(Now:)
☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

(Earlier:)
☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☒ I have attached an original Application for Leave to Proceed In Forma Pauperis detailing my financial status. Already has been granted.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

- [x] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.
- [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. [x] I declare that my highest level of education is (check one):

- [ ] Grammar school
- [x] Some college
- [ ] Some high school
- [ ] College graduate
- [ ] High school graduate
- [ ] Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [x] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.) **LAF, BUT this June & July 2023 they Are closed! for summer**

8. [x] I declare under penalty of perjury that the foregoing is true and correct.

Signature of Movant: [signed]

Date: 7/7/23

Street Address: P.O. Box 224

City, State, Zip: Orland Pk, IL 60462

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | N/A | Case No.: |
| Attorney's Name: | | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No |

| Case Name: | N/A | Case No.: |
| Attorney's Name: | | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No |

| Case Name: | N/A | Case No.: |
| Attorney's Name: | | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**Office 2096**

| | |
|---|---|
| From: | Hibbler <hibbler@legalaidchicago.org> |
| Sent: | Monday, April 10, 2023 2:10 PM |
| To: | Office 2096 |
| Subject: | [EXTERNAL] Hibbler Help Desk Appointment Follow Up |
| Attachments: | Referrals for People Without Lawyers.pdf; Motion for Attorney Representation.pdf |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Hello Christel,

I am following up on your Hibbler Help Desk appointment from March 29th. Please see the attached documents that the volunteer attorney discussed. These documents include:
- Referrals for People without Lawyers
- Motion for Attorney Representation

*Attorny: Richard*

You may also want to try reaching out to the **Chicago Bar Lawyer Referral Service** at (312) 554-2001 or lrs.chicagobar.org. The have a $30 consultation fee (additional fees after).

Best,
**Ella** *(She, Her, Hers)*
Help Desk Coordinator, Legal Aid Chicago
William J. Hibbler Memorial Pro Se Assistance
312-261-6757

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this communication (or an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient), or if you believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Please notify the sender immediately by return e-mail and promptly delete this e-mail, including any attachments, without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

*LAF ARE CLOSED DURING SUMMER.*

*ON 7/7/23 I called Gloria and told her about LAF, & The Cybercrime Issues, & telephone theft.*

1







# JUNE 2023

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Notes | | | | 1 New free phone today Blow Gerald it can be ported over I'd called and couldn't | 2 I bought a was 6 try to get $630-269 ft to But Blair she could only $30 she tried only | 3 more Harassment by B|W JUNE see notes | |
| | 4 Canadian Armed Forces Day (CAN) | 5 I called LAF they need CLOSED June July summer months (low staff) Emily | 6 | 7 | 8 Horwitz 312-322-8822 5th/Daly Roth day | 9 Annette MR Block from Green Iris Horowitz take case | 10 Re |
| | 11 Apple gave me 3 deposits today Need to go to F.B.I. I'm writing! | 12 | 13 | 14 Flag Day (US) | 15 Went to Arnold Landis P.O. Box Ashes for 2hr drive | 16 Weekend! Had Arnold called to let him know this | 17 |
| | 18 Father's Day | 19 I was told by Atty I Need Aggressive Atty Juneteenth (US) Sunday | 20 | 21 I spoke to Natalie it was in set of Arnold Lewiston Summer Solstice National Indigenous Peoples Day (CAN) | 22 I called Arnold Landis concept VM Rec'd 3/22 | 23 Arnold 424-268 312-305 mel well St-Jean-B (Qu | 24 |
| | 25 | 26 | 27 | 28 Meet w/ Arnold Landis some PD Florida ie & Cage docs he will set | 29 Back to me! Eid al-Adha* | 30 I called LAF still recording LAF closed | |

MAY
S M T W T F S
　　  1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

JULY
S M T W T F S
　　　　　　　1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31







*Alex ae[?]resent [?]tr not all only older Email + pics came back.*

Please retain this document for your records.

Jun 3, 2023

Apple Orland Square
Tel: 708-645-5401

## Genius Bar Work Authorization



Repair No : R581868962

**Customer Information**

Christel VanDyke
United States

**Problem Description/Diagnosis**

Issue: Device needs to be erased.
Steps to Reproduce: Verified issue in store visually.
Phone says data recovery unavailable, need to erase to be able to get into the phone.
Cosmetic Condition: Multiple cracks in bottom left corner of display.
Proposed Resolution: Informed customer due to device being stuck in data recovery, it needs to be erased.
Informed customer that it would get stuck in data recovery after the phone updates.
Customer knows Apple ID password, after erasing device we can sign customer back into device and get information back.
Resolution: Service Solution
Reason: Other
Contact Apple Support Case: 102012137862

**Repair Estimate**

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| | | $ | $ | |
| | Total (Tax not included) | $ 0.00 | $ 0.00 | |

The above estimate does not include applicable taxes. Taxes will be calculated at the time of payment.

By signing below, I agree that:

• the Repair Terms and Conditions on the reverse side of this page will apply to the service of the product identified above;

• as unintentional loss of data may occur as a result of the service it is my responsibility to make a backup copy of my data before bringing my product to Apple for service;

• Apple is not responsible for any loss or corruption of the data on my product during service; and

• Apple may use parts or products that are new or equivalent to new in reliability and performance.

Customer Name: _____

Received By: _____

Signature: _____

Date: _____

**Important! See Terms and Conditions on the back.**
800-APL-CARE, www.apple.com/support

2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. AppleCare and Genius Bar are service marks of Apple Inc., registered in the U.S. and other countries.

 

**Please retain this document for your records.**

Jun 11, 2023

Apple Orland Square
Tel: 708-645-5401

## Genius Bar Work Authorization



Repair No : R582749206

**Customer Information**

Christel VanDyke
P.O. Box
Orland pk IL 60462 United States

**Product Information**




**Problem Description/Diagnosis**

Issue: Comments: Customer was unable to get into previous iCloud account. Could not retrieve her main iCloud account, had to use a secondary iCloud account. Lost all previous legal documents off of main iCloud account.
Comments: Message was sent off of customer's phone number when the phone was inoperative on May 14th of 2023.
Resolution: Service Referral
Reason: Contact Apple Support

**Repair Estimate**

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| | | $ | $ | |
| | Total (Tax not included) | $ 0.00 | $ 0.00 | |

The above estimate does not include applicable taxes. Taxes will be calculated at the time of payment.

By signing below, I agree that:

• the Repair Terms and Conditions on the reverse side of this page will apply to the service of the product identified above;

• as unintentional loss of data may occur as a result of the service it is my responsibility to make a backup copy of my data before bringing my product to Apple for service;

• Apple is not responsible for any loss or corruption of the data on my product during service; and

• Apple may use parts or products that are new or equivalent to new in reliability and performance.

Customer Name: _____    Received By: _____

Signature: _____    Date: _____

**Important! See Terms and Conditions on the back.**
800-APL-CARE, www.apple.com/support

© 2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. AppleCare and Genius Bar are service marks of Apple Inc., registered in the U.S. and other countries.





Please retain this document for your records.

Jun 11, 2023

Apple Orland Square
Tel: 708-645-5401

**Genius Bar Work Authorization**



Repair No : R582747460

### Customer Information

Christel VanDyke
United States

### Problem Description/Diagnosis

Issue: Customer has safety concerns over an account and phone number that was compromised.
Steps to Reproduce: Conversed with customer about previous visits to the Apple Store and their history with the compromised account. Customer was in here last week and had gotten her phone erased by one of our technicians, and is still experiencing the same issues related to a compromised account.
Cosmetic Condition: Crack on the bottom right of the display
Proposed Resolution: After talking with the customer, advised her to contact her local authority for any safety concerns and contact Apple Support to submit an escalation.
Resolution: Service Referral
Reason: Contact Apple Support
Contact Apple Support Case: 102017630083

### Repair Estimate

| Item Number | Description | Price | Amount Due | Customer |
|---|---|---|---|---|
| | | | | KBB |
| | | $ | $ | |
| | Total (Tax not included) | $ 0.00 | $ 0.00 | |

The above estimate does not include applicable taxes. Taxes will be calculated at the time of payment.

By signing below, I agree that:

• the Repair Terms and Conditions on the reverse side of this page will apply to the service of the product identified above;

• as unintentional loss of data may occur as a result of the service it is my responsibility to make a backup copy of my data before bringing my product to Apple for service;

• Apple is not responsible for any loss or corruption of the data on my product during service; and

• Apple may use parts or products that are new or equivalent to new in reliability and performance.

Customer Name: _____   Received By: _____

Signature: _____   Date: _____

*[Handwritten notes:]* shud go to legal site 7/7/23 Senior support 1-800-275-2273 escalate to Fraud Dept.

apple.com/legal privacy, etc.

**Important! See Terms and Conditions on the back.**
800-APL-CARE, www.apple.com/support

2018 Apple Inc. All rights reserved. Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. Apple and Genius Bar are service marks of Apple Inc., registered in the U.S. and other countries.

Diary Summary of Calls Made to Attorney's

1. March 1, I called Castle Law, requested for In-person appt. Waiting for callback.
2, March I called LAF, left a V.M. for appt. (Hibbler)
6, March called Castle Law for follow up, No Answer
7, March called Kennedy Law spoke to Natalie will call back with poss referral
8, March Attorney Frank Teitscine wants $10,000.00 )
10, March I E-Mailed Kent Maynard requested my docs
13, March Had an appt with Castle Law but the atty didn't know the status law so I didn't feel comfortable. (Attorney Lopez)
15th March 3rd tried calling Hibbler Help Desk
20, March I called Lovey & Lovey Law does not do In-person Consultation.
21, March I called Kent Maynard & there recording was saying my # is a spam ???
29, March I had an appt today with LAF (Ritchie) we discussed my case & he is sending me notice for Attorney Representation, Via Fed X, (since I am being hacked)
31, March I called Judge Blakey # & left message that Attorney Kent Maynard is ignoring me, for he's not receiving my correspondence ?

April 10, On this date I had enuf of phone interceptions/cyberime I went to phone service company Metro & made a report, & also spoke to Apple. Contacted FCC, made report —

April 13th — I rec'd emails for Atty Kent which I can't open. Requesting him to MAIL or hand it to me.

April 17th — I called Atty Haddad he referred me to Bill Fariteau (Atty)

April 24th called Bill Fariteau again, they are backlogged.

April 28th — My Phone Completely Shut-Down.

May 1, Emails Kent Maynard about my phone being hacked.

May 7, (It's Sunday) + Attorney Kulas called not left vm.

May 9th — No Cable! No Internet, Went to X-Finity to report.

May 16 — No call back from Kulas Law

May 18 — No call back from IL Bar

May 24th — Someone stole my safe phone $250 — I reported to P.D.

---

June 1 — Went to I.T. to try to have them transfer my data to new phone that other one stolen, they couldn't do!! ALL lost DATA!!

June 5th — Called LAF (Hibbler) Emily said they will be closed for the SUMMER! Cannot do Amended Complaint!

June 11th — Went to Apple they gave me 3 reports to take to Authorities. (See attached)

June 15 — Spoke to Arnold Landis (attorney) in person (Poss interest in case) will call me back

June 30 — LAF recording saying they are closed!

July 5th I called JJ Legal & they said I can get a IN-person appt. (they got some Info form But Not All, Because its personal & my phone IS Hacked! So then I start recieving texts from the per MORE Info form which I gave the 1st time & Now I am being bomound ly multiple text from diff. people. I was told also I requested for a IN-person appt. he Intake guy said that is totally poss. & someone will be calling me back for appt date.! That NEVER Happened, Over 7 texts (probably hacked) were more important. No appt date given.

July 5th LAF CLOSED FOR SUMMER!

July 7th contacted Peoples Law 7 times No Response!

Due to the Relevance of this case I Need Legal Representation. Due to Cybercrime.

(See Attached Apple Doc's 3 pgs)

by Christ V. Dyke
7/12/2023

# ITG - Retail Truck Roll Request Completed

Only warm transfer this issue to advanced support teams if instructed by the ITG. If the customer needs additional assistance, handle the call or transfer if outside of your job function (Sales, Loyalty, etc).

**HOW THE CONVERSATION STARTED**

Problem
## Failing Wan Score

**WHAT WE DID**

## 1 CR Ticket Generated & 1 Trouble Call Scheduled

CR Ticket #CR089230076

| | |
|---|---|
| Status | Open |
| Problem | Failing Wan Score |
| Solution Description | |

**Show Details**

Trouble Call Scheduled

| | |
|---|---|
| Date | Friday, May 12 |
| Time | 10:00 AM-12:00 PM CDT |
| Address | 12233 S MCDANIELS ST APT 1 |
| | ALSIP,IL 60803 |

**Show Details**

Back to Einstein